UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23992-RAR

**MARGARET DODGE**,
*as parent and natural guardian of her minor son, E.R.*,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Robert Kirk, Esq. on **February 26, 2026, at 1:00 P.M.** via videoconference.[1]  A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Miami, Florida, this 13th day of November, 2025.

                                     **RODOLFO A. RUIZ II**
                                     **UNITED STATES DISTRICT JUDGE**

---

[1] On November 13, 2025, the Court gave the parties leave to conduct the mediation remotely.  *See* [ECF No. 12].